IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARK MULLANEY, ET AL., | ) | CIVIL NO. 07-00313 ACK-LEK |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HILTON HOTELS | ) | |
| CORPORATION, ET | ) | |
| AL., | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

ORDER MODIFYING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation to Grant in Part and Deny in Part Plaintiffs'

Motion for Summary Judgment Against Defendant Hilton Hotels Corporation dba

Hilton Waikoloa Village for Spoliation of Evidence Re: Photos of Scene and/or

Default Judgment as a Sanction having been filed and served on all parties on

6/30/09, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and

Recommendation are modified by this Court.  The Court DENIES Plaintiffs'

Motion as moot because the case has been settled.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 29, 2009.



_____
Alan C. Kay
Sr. United States District Judge