IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK MULLANEY and LYNETTE MULLANEY,<br>       Plaintiff(s),<br><br>  vs.<br><br>HILTON HOTELS CORPORATION, a Delaware corporation, doing business as Hilton Waikoloa Village and ATTCO, INC., a Hawaii corporation,<br>       Defendant(s).<br>_____ | CIVIL NO. 07-00313 ACK-LEK |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 10, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation Granting Defendant's Petition For Determination of Good Faith Settlement" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: Honolulu, Hawai'i, September 16, 2009.



_____
Alan C. Kay
Sr. United States District Judge